NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCUS AURELIUS JAMES,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2024-1908

---

Petition for review of the Merit Systems Protection Board in No. AT-3443-21-0251-I-1.

---

## O R D E R

Marcus James filed an opening brief in the above-captioned appeal. The Clerk of Court found the briefs to be non-compliant. Pursuant to the March 13, 2025 notice of non-compliance, failure to timely file a corrected version may result in the document being stricken.

The petitioner having failed to file the corrected opening brief within the time permitted by the March 13, 2025 notice of non-compliance,

2                                                    JAMES V. MSPB

IT IS ORDERED THAT:

(1) The opening brief and corrected opening brief are
    stricken.

(2) The petition for review be, and the same hereby is,
    DISMISSED, for failure to prosecute in accordance
    with the rules. See Fed. Cir. R. 25(c)(4); Fed. Cir. R.
    31(d).

FOR THE COURT

May 2, 2025
Date

Jarrett B. Perlow
Clerk of Court